**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | |
|---|---|
| LARRY SHANE REDMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:18-cv-38 |
| v. ) | |
| ) | Judge Christopher H. Steger |
| YOROZU AUTOMOTIVE ) | |
| TENNESSEE, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

For the reason stated in the accompanying Memorandum Opinion, it is **ORDERED** that

Defendant Yorozu Automotive, Tennessee, Inc.'s Motion to Dismiss [Doc. 11] is **GRANTED**.

Judgment is hereby entered in favor of Defendant Yorozu Automotive, Tennessee, Inc. on all

claims. This matter is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is directed to

close this case.

**IT IS SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT

/s/ *John Medearis*
CLERK OF COURT