**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 01, 2019

Ms. Joyce W. Cooper
Agee Owens
110 N. Spring Street
Suite 100
McMinnville, TN 37110

Ms. Jennifer Smith Rusie
Ogletree Deakins
401 Commerce Street
Suite 1200
Nashville, TN 37219

                Re:  Case No. 19-5395, *Larry Redmon v. Yorozu Automotive TN, Inc.*
                      Originating Case No. : 4:18-cv-00038

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                                         Sincerely yours,

                                         s/Jennifer Earl
                                         Case Manager
                                         Direct Dial No. 513-564-7066

cc:  Mr. John L. Medearis

Enclosure

Case No. 19-5395

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

LARRY SHANE REDMON

    Plaintiff - Appellant

v.

YOROZU AUTOMOTIVE TENNESSEE, INC.

    Defendant - Appellee

    Upon consideration of appellee's motion to hold case in abeyance pending the Supreme Court's decision on the petitions for certiorari in *Bostock v. Clayton County, Georgia* (No. 17-1618) and *Altitude Express, Inc.v. Zarda* (No. 17-1623),

    It is hereby **ORDERED** that the motion be, and it hereby is, **GRANTED**. It is further **ORDERED** that the appellee is required to file a status report every 60 days beginning August 30, 2019.

                                           **ENTERED PURSUANT TO RULE 45(a),**
                                           **RULES OF THE SIXTH CIRCUIT**
                                           Deborah S. Hunt, Clerk

Issued: July 01, 2019