**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 17, 2021

Mr. John L. Medearis
Eastern District of Tennessee at Winchester
200 S. Jefferson Street
Room 201 U.S. Courthouse
Winchester, TN 37398-0000

     Re: Case No. 19-5395, *Larry Redmon v. Yorozu Automotive TN, Inc.*
        Originating Case No. : 4:18-cv-00038

Dear Mr. Medearis,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Zachary Love
                For Ryan Orme
                Case Manager

cc: Ms. Joyce W. Cooper
   Ms. Jennifer Smith Rusie

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-5395

_____

Filed: February 17, 2021

LARRY SHANE REDMON

    Plaintiff - Appellant

v.

YOROZU AUTOMOTIVE TENNESSEE, INC.

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 01/26/2021 the mandate for this case hereby issues today.

COSTS: None