IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| **SHANE REDMON,** | **Case No: 4:18-cv-00038** |
| **Plaintiff,** | **Judge McDonough** |
| **v.** | **Magistrate Judge Steger** |
| **YOROZU AUTOMOTIVE TENNESSEE, INC.,** | |
| **Defendant.** | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims, with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 18th day of April, 2022.

/s/ Joyce W. Cooper
Joyce W. Cooper #30855
**Joyce Cooper Law**
110 N. Spring St. STE 100
McMinnville, TN 37100
(931) 507-1000
joyce@joycecooperlaw.com

*Attorney for Plaintiff,*
*Larry Shane Redmon*

_/s/ Jennifer Rusie_
Jennifer S. Rusie #26009
**Jackson Lewis P.C.**
Cityspace
611 Commerce St. STE 3102
Nashville, TN 37203
(615) 565-1664
Jennifer.Rusie@jacksonlewis.com

*Attorney for Defendant,*
*Yorozu Automotive Tennessee, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record via the Court's CM/ECF system this 18th day of April, 2022.

Jennifer S. Rusie #26009
Jackson Lewis P.C.
Cityspace
611 Commerce St. STE 3102
Nashville, TN 37203
(615) 565-1664
Jennifer.Rusie@jacksonlewis.com

*Attorney for Defendant,*
*Yorozu Automotive Tennessee, Inc.*

/s/ Joyce W. Cooper

Joyce W. Cooper

2